

# Invoice

**D'AMICO GERSHWIN, INC**
COURT REPORTERS & VIDEOCONFERENCING
11475 West Road
Roswell, Georgia 30075
(770) 645-6111 Fax: (770) 643-1317
Federal EIN 58-2362483

| DATE | INVOICE NO. |
|---|---|
| 7/28/2016 | DG16-1159 |

| Bill To |
|---|
| J. STEPHEN MIXON, ESQ.<br>MILLAR & MIXON, LLC<br>1691 Phoenix Blvd #150<br>Atlanta, GA 30349 |

*We now accept all major credit cards!*

Reported by Daniel Gershwin, CSR.

| CASE/FILE NO. | ITEM | DEPOSITION/HEARINGS | PGS/HRS |
|---|---|---|---|
| 3:15-cv-00203-TCB USDC | No-Show or Go App.<br>No-Show or No-Go C/H<br>No-Show O&1<br>Exhibits<br>Minu-Script Bundle<br>USDC CD | CHAPMAN VS. SINGLETON, ET AL<br><br>DWAYNE SINGLETON - 7.19.16<br><br>Delivered on: 7.28.16<br>(CD attached to Original Transcript) | 6<br>4 |

| TERMS | Total Within 30 Days; Forfeited 31+ Days | Total | $220.62 |
|---|---|---|---|
| 10% Net 30 | $198.56 | | |

Thank you for your Business! 1.5% Finance Charge Accrued Monthly on Past-Due Balances. If paying by credit card within 30 days, 7% discount applies vs. 10% on reporting services provided by our firm. Payment is not contingent upon client reimbursement. D'Amico Gershwin is Atlanta's "Green" Court Reporting Firm.