UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | | |
|---|---|---|
| CARLA CHAPMAN AND JENNIFER LOGAN, | ) ) ) | |
| *Plaintiffs*, | ) ) | CIVIL ACTION NO. |
| V. | ) ) ) | 3:15-cv-00203-TCB |
| DWAYNE SINGLETON AND SINGLETON AND SINGLETON, LLC, D/B/A DWAYNE C. SINGLETON, LLC A/D/B/A DWAYNE C. SINGLETON ATTORNEY AT LAW, | ) ) ) ) ) ) | |
| *Defendants*. | ) ) | |

## DEFAULT JUDGMENT

Defendants Dwayne Singleton and Singleton and Singleton, LLC, d/b/a Dwayne C. Singleton, LLC, a/d/b/a Dwayne C. Singleton Attorney at Law, having abused discovery, failed to comply with the Court's orders, and having failed to otherwise to defend in this action and default having been duly entered, and the Court, Timothy C. Batten, Sr., United States District Judge, by order of October 31, 2016, having directed that judgment issue in favor of Plaintiffs and against the Defendant, it is hereby

ORDERED AND ADJUDGED, that Plaintiff Carla Chapman recover from the Defendants Dwayne Singleton and Singleton and Singleton, LLC, d/b/a Dwayne

C. Singleton, LLC, a/d/b/a Dwayne C. Singleton Attorney at Law the amount of $42,235.20 in back pay, front pay and liquidated damages, plus interest at the legal rate; that Plaintiff Jennifer Logan recover from the Defendants Dwayne Singleton and Singleton and Singleton, LLC, d/b/a Dwayne C. Singleton, LLC, a/d/b/a Dwayne C. Singleton Attorney at Law the amount of $19,200.00 in back pay and liquidated damages, plus interest at the legal rate; and that Defendants Dwayne Singleton and Singleton and Singleton, LLC, d/b/a Dwayne C. Singleton, LLC, a/d/b/a Dwayne C. Singleton Attorney at Law also pay court reporter's fees of $220.62 and Plaintiffs' reasonable attorney's fees of $24,750.00.

SO ORDERED this 27th day of July, 2017.

_____
Timothy C. Batten, Sr.
United States District Court Judge