**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**NEWNAN DIVISION**

| | | |
|---|---|---|
| CARLA CHAPMAN AND JENNIFER, LOGAN, | ) | |
| | ) | |
| | ) | |
| Plaintiffs, | ) | CIVIL ACTION NO. |
| | ) | |
| v. | ) | 3:15-cv-00203-TCB |
| | ) | |
| DWAYNE SINGLETON AND SINGLETON AND SINGLETON, LLC, D/B/A DWAYNE C. SINGLETON, LLC A/D/B/A DWAYNE C. SINGLETON ATTORNEY AT LAW, | ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

**CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATMENT**

**(1)** The undersigned counsel of record for a party to this action certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party: <u>Carla Chapman, Jennifer Logan, Dwayne C. Singleton, Singleton & Singleton, LLC, and Dwayne C. Singleton, LLC</u>.

**(2)** The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations

1

having either a financial interest in or other interest which could be substantially

affected by the outcome of this particular case:  N/A

    **(3)**   The undersigned further certifies that the following is a full and

complete list of all persons serving as attorneys for the parties in this proceeding:

Bryan A. Brooks, of the Law Office of Bryan A. Brooks, LLC, for Plaintiff Carla

Chapman.

    Submitted this 1st day of May, 2018.

            **LAW OFFICE OF
BRYAN A. BROOKS, LLC**

             /s/ Bryan A. Brooks
Bryan A. Brooks, GA Bar No. 940605
bryan@bryanbrookslaw.com
Telephone:  (678) 961-3606
Facsimile:  (678) 261-6492
*Attorney for Plaintiff Carla Chapman*

Law Office of Bryan A. Brooks, LLC
5425 Peachtree Parkway, Suite 167
Peachtree Corners, Georgia 30092

<u>**CERTIFICATE OF COMPLIANCE**</u>

Pursuant to Local Rule 7.1(D), the undersigned counsel for Plaintiff Carla Chapman certifies that this document has been prepared in Times New Roman, 14-point font, which is one of the four font and point selections approved by the Court in Local Rule 5.1(B).

Dated this 1st day of May, 2018.

**LAW OFFICE OF
BRYAN A. BROOKS, LLC**

 /s/ Bryan A. Brooks
Bryan A. Brooks, GA Bar No. 940605
bryan@bryanbrookslaw.com
Telephone:  (678) 961-3606
Facsimile:  (678) 261-6492
*Attorney for Plaintiff Carla Chapman*

Law Office of Bryan A. Brooks, LLC
5425 Peachtree Parkway, Suite 167
Peachtree Corners, Georgia 30092

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**NEWNAN DIVISION**

| | | |
|---|---|---|
| CARLA CHAPMAN AND JENNIFER, LOGAN, | ) | |
| | ) | |
| | ) | |
| Plaintiffs, | ) | CIVIL ACTION NO. |
| | ) | |
| v. | ) | 3:15-cv-00203-TCB |
| | ) | |
| DWAYNE SINGLETON AND SINGLETON AND SINGLETON, LLC, D/B/A DWAYNE C. SINGLETON, LLC A/D/B/A DWAYNE C. SINGLETON ATTORNEY AT LAW, | ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on April 30, 2018, he electronically

filed the forgoing **NOTICE OF APPEARANCE OF BRYAN A. BROOKS**

**FOR PLAINTIFF CARLA CHAPMAN** with the Clerk of Court using the

CM/ECF System, which will automatically send email notification of such filing to

all attorneys of record.

Dated this 1st day of May, 2018.

> **LAW OFFICE OF**
> **BRYAN A. BROOKS, LLC**
>
>  /s/ Bryan A. Brooks
> Bryan A. Brooks, GA Bar No. 940605

4

                                                bryan@bryanbrookslaw.com
                                                Telephone:  (678) 961-3606
                                                Facsimile:  (678) 261-6492
                                                *Attorney for Plaintiff Carla Chapman*

Law Office of Bryan A. Brooks, LLC
5425 Peachtree Parkway, Suite 167
Peachtree Corners, Georgia 30092