# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# NEWNAN DIVISION

| | |
|---|---|
| CARLA CHAPMAN AND JENNIFER, LOGAN, | ) ) ) |
| Plaintiffs, | ) CIVIL ACTION NO. ) |
| v. | ) 3:15-cv-00203-TCB ) |
| DWAYNE SINGLETON AND SINGLETON AND SINGLETON, LLC, D/B/A DWAYNE C. SINGLETON, LLC A/D/B/A DWAYNE C. SINGLETON ATTORNEY AT LAW, | ) ) ) ) ) ) |
| Defendants. | ) |

## APPLICATION BY PLAINTIFF CARLA CHAPMAN FOR WRIT OF EXECUTION

COMES NOW Plaintiff Carla Chapman, pursuant to Federal Rule of Civil Procedure 69 and Local Rule 69, and applies to the Clerk of Court for the issuance of Writ of Execution in the above-referenced matter.

Plaintiff Carla Chapman, by and through her attorney, Bryan A. Brooks, requests that the Writ of Execution be issued to Plaintiff Carla Chapman in the amount of $55,227.15, of which amount $506.64 is interest through April 30, 2018, pursuant to 28 U.S.C. § 1961.

1

Plaintiff Carla Chapman requests that the original Writ of Execution be mailed to:

> **Law Office of Bryan A. Brooks, LLC**
> c/o Bryan A. Brooks
> P.O. Box 921863
> Norcross, Georgia 30010

A completed Writ of Execution form is filed as an exhibit with this Application.

Dated this 1st day of May, 2018.

        **LAW OFFICE OF**
        **BRYAN A. BROOKS, LLC**

        /s/ Bryan A. Brooks
        Bryan A. Brooks, GA Bar No. 940605
        bryan@bryanbrookslaw.com
        Telephone:  (678) 961-3606
        Facsimile:  (678) 261-6492
        *Attorney for Plaintiff Carla Chapman*

Law Office of Bryan A. Brooks, LLC
5425 Peachtree Parkway, Suite 167
Peachtree Corners, Georgia 30092

## **CERTIFICATE OF COMPLIANCE**

Pursuant to Local Rule 7.1(D), the undersigned counsel for Plaintiff Carla Chapman certifies that this document has been prepared in Times New Roman, 14-point font, which is one of the four font and point selections approved by the Court in Local Rule 5.1(B).

Dated this 1st day of May, 2018.

                                      **LAW OFFICE OF**
                                      **BRYAN A. BROOKS, LLC**

                                      /s/ Bryan A. Brooks
                                    Bryan A. Brooks, GA Bar No. 940605
                                    bryan@bryanbrookslaw.com
                                    Telephone:  (678) 961-3606
                                    Facsimile:  (678) 261-6492
                                    *Attorney for Plaintiff Carla Chapman*

Law Office of Bryan A. Brooks, LLC
5425 Peachtree Parkway, Suite 167
Peachtree Corners, Georgia 30092

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# NEWNAN DIVISION

| | | |
|---|---|---|
| CARLA CHAPMAN AND JENNIFER, LOGAN, | ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION NO. |
| v. | ) ) ) | 3:15-cv-00203-TCB |
| DWAYNE SINGLETON AND SINGLETON AND SINGLETON, LLC, D/B/A DWAYNE C. SINGLETON, LLC A/D/B/A DWAYNE C. SINGLETON ATTORNEY AT LAW, | ) ) ) ) ) ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 30, 2018, he electronically filed the forgoing **Application By Plaintiff Carla Chapman for Writ of Execution** with the Clerk of Court using the CM/ECF System, which will automatically send email notification of such filing to all attorneys of record.

Dated this 1st day of May, 2018.

                                          **LAW OFFICE OF**
                                          **BRYAN A. BROOKS, LLC**

                                          /s/ Bryan A. Brooks
                                          Bryan A. Brooks, GA Bar No. 940605
                                          bryan@bryanbrookslaw.com
                                          Telephone:  (678) 961-3606

Facsimile: (678) 261-6492
*Attorney for Plaintiff Carla Chapman*

Law Office of Bryan A. Brooks, LLC
5425 Peachtree Parkway, Suite 167
Peachtree Corners, Georgia 30092