IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

RECEIVED IN CLERK'S OFFICE
U.S.D.C. - Newnan
FEB 21 2024
KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

CARLA CHAPMAN AND JENNIFER  )
LOGAN                       )
                            )
        Plaintiffs          )  CIVIL ACTION NO. 3:15-cv-00203-TCB
                            )
vs.                         )
                            )
                            )
DWAYNE SINGLETON, AND       )
SINGLETON AND SINGLETON, LLC, )
D/B/A DWAYNE C. SINGLETON, LLC )
A/D/B/A DWAYNE C. SINGLETON )
ATTORNEY AT LAW             )
                            )
        Defendants          )

## ACKNOWLEDGEMENT OF ASSIGNMENT OF JUDGMENT

COMES NOW CARLA CHAPMAN and JENNIFER LOGAN, Plaintiffs and Judgment Creditors in this matter, and hereby provide the following in support of an ASSIGNMENT OF JUDGMENT:

1) THAT default judgment was entered by this Court on July 27th, 2017.

2) THAT Plaintiff CARLA CHAPMAN was awarded the amount of $42,235.20 against Defendants Dwayne Singleton and Singleton and Singleton, LLC, D/B/A Dwayne C. Singleton, LLC, A/D/B/A Dwayne C. Singleton Attorney At Law in back pay, front pay, and liquidated damages, plus interest at the legal rate.

3) THAT Plaintiff JENNIFER LOGAN was awarded the amount of $19,200.00 against Defendants Dwayne Singleton and Singleton and Singleton, LLC, D/B/A Dwayne C. Singleton, LLC, A/D/B/A Dwayne C. Singleton Attorney At Law, in back pay, front pay, and liquidated damages, plus interest at the legal rate.

4) THAT Defendants Dwayne Singleton and Singleton and Singleton, LLC, D/B/A Dwayne C. Singleton, LLC, A/D/B/A Dwayne C. Singleton Attorney At Law

1

("Defendants") were also ordered to pay court reporter fees of $220.62 and Plaintiffs' reasonable attorney's fees of $24,750.00.

5) THAT Plaintiffs were collectively awarded the total amount of **$86,405.82** against Defendants.

6) THAT there have been no revivals since the entry of said judgment and that Plaintiffs have received $0.00 of judgment from judgment debtor(s).

7) CARLA CHAPMAN, whose current mailing address is 716 Browning Road, Adel, GA 31620, is a judgment creditor of record.

8) JENNIFER LOGAN, whose current mailing address is P.O. Box 1095, Woodbine, GA 31569, is a judgment creditor of record.

9) THAT the last address of record for DWAYNE SINGLETON and SINGLETON AND SINGLETON, LLC, D/B/A DWAYNE C. SINGLETON, LLC, A/D/B/A DWAYNE C. SINGLETON ATTORNEY AT LAW, judgment debtors, is 1115 Zebulon Rd., Griffin, GA 30224.

10) THAT CARLA CHAPMAN and JENNIFER LOGAN, judgment creditors, hereby irrevocably transfer, and assign all title, rights, and interest in the judgment to the following person:

JAMES E. SHELTON
316 Covered Bridge Road
King of Prussia, PA 19406
Phone: (484) 312-3300
Email: Jamie@finalverdictsolutions.com

11) THAT Assignors acknowledge that this is an absolute assignment without recourse and that the rights represented by this judgment that are assigned to the assignee, James E. Shelton are all of the assignors' rights, title and interest in the judgment awarded in the above-entitled action. This is an absolute assignment for the full amount of the judgment with allowed

costs, attorney's fees, and accrued interest thereon at the legal rate from and after the date of entry of this judgment.

12) THAT CARLA CHAPMAN and JENNIFER LOGAN, judgment creditors, hereby irrevocably assign to and authorize Assignee, JAMES E. SHELTON, to recover, compromise, settle and enforce said judgment at his discretion.

13) James E. Shelton, 316 Covered Bridge Road, King of Prussia, PA 19406, is now the holder and owner of the Judgment.

Signed this 01st day of February, 2024.

*Carla Chapman*
CARLA CHAPMAN
Original Judgment Creditor

Signed this _____ day of _____, 2024.

_____
JENNIFER LOGAN
Original Judgment Creditor

**NOTARY ACKNOWLEDGEMENTS ON FOLLOWING PAGES**

costs, attorney's fees, and accrued interest thereon at the legal rate from and after the date of entry of this judgment.

12) THAT CARLA CHAPMAN and JENNIFER LOGAN, judgment creditors, hereby irrevocably assign to and authorize Assignee, JAMES E. SHELTON, to recover, compromise, settle and enforce said judgment at his discretion.

13) James E. Shelton, 316 Covered Bridge Road, King of Prussia, PA 19406, is now the holder and owner of the Judgment.

Signed this _____ day of _____, 2024.

                                                        CARLA CHAPMAN
                                                        Original Judgment Creditor

Signed this  2  day of  February , 2024.

                                                        F/K/A JENNIFER LOGAN
                                                        Original Judgment Creditor

**NOTARY ACKNOWLEDGEMENTS ON FOLLOWING PAGES**

This certificate pertains to a __3__ page document dealing with/entitled Acknowledgment of Assignment of Judgment and signed on _____.

**Acknowledgment for an Individual**

State of Georgia
County of __Berrien__

This record was acknowledged before me on __2/11/2024__
                                            Date

by __CARLA CHAPMAN__,
   Printed name of individual signing document

who is

____ personally known

or

__✓__ proved to me on the basis of satisfactory evidence to be the person

who appeared before me.

__Tia Leigh Adams__
(signature of notary public)

Notary Public, State of Georgia                Stamp/Seal

My commission expires: __August 8, 2026__

*[Notary Seal: TIA LEIGH ADAMS, NOTARY PUBLIC, Exp. August 08, 2026, BERRIEN COUNTY, GA]*

This certificate pertains to a __3__ page document dealing with/entitled Acknowledgment of Assignment of Judgment and signed on 02/02/2024

**Acknowledgment for an Individual**

State of Georgia
County of Camden

This record was acknowledged before me on 02/02/2024
                                              Date

by JENNIFER LOGAN FKA / Jennifer Melendez ,
   Printed name of individual signing document

who is

____ personally known

or

__X__ proved to me on the basis of satisfactory evidence to be the person

who appeared before me.

Crystal Powell
(signature of notary public)
Notary Public, State of Georgia

My commission expires: _____

Stamp/Seal

```
CRYSTAL POWELL
NOTARY PUBLIC
CHARLTON County
State of Georgia
My Comm. Expires 09 12 2026
```



USPS PRIORITY MAIL

US POSTAGE PAID $9.85
Origin: 19406
02/14/24
4160900806-22

EXPECTED DELIVERY DAY: 02/17/24

SHIP TO:
18 GREENVILLE ST
NEWNAN GA 30263-2789

USPS TRACKING #
9505 5158 8221 4045 8590 51

0 Lb 3.40 Oz
RDC 03
C001

U.S. Marshals Service
Atlanta, GA 30303
CLEARED DATE FEB 21 2024

FROM:
James E. Shelton
316 Covered Bridge Rd
King of Prussia, PA 19406

TO: United States District Court
Northern District of Georgia
Newnan Division
Attn: Devin Barfield Deputy in Charge
18 Greenville Street
Newnan, GA 30263-2789

Label 228, March 2016    FOR DOMESTIC AND INTERNATIONAL USE

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuses may be a violation of federal law. This package is not for resale. EP14F © U.S. Postal Service; July 2022; All rights reserved.