IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | |
|---|---|
| CARLA CHAPMAN and JENNIFER LOGAN,<br><br>    Plaintiffs,<br><br>v.<br><br>DWAYNE SINGLETON and SINGLETON AND SINGLETON, LLC D/B/A DWAYNE C. SINGLETON, LLC D/B/A DWAYNE C. SINGLETON ATTORNEY AT LAW<br><br>    Defendants. | CIVIL ACTION FILE<br><br>NUMBER 3:15-cv-203-TCB |

**O R D E R**

After a 2017 default judgment in this case, attorney Bryan A. Brooks entered an appearance on behalf of Plaintiff Carla Chapman for purposes of post-judgment matters. Recently, an unknown third party filed a notice purportedly signed by Chapman assigning her rights to the third party—James E. Shelton. Shelton has since filed an application for a writ of execution.

However, because the docket indicates that Chapman remains represented by counsel, the Court will require a filing made by her counsel certifying her intent to assign the judgment in this case to Shelton.

IT IS SO ORDERED this 31st day of May, 2024.

_____
Timothy C. Batten, Sr.
Chief United States District Judge